IN THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OHIO AKRON

FILED 2002 OCT -2 PM 3:06
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF
OHIO, AKRON

IN RE:  CHAPTER 13 No. 99.53038

LEVELL GRIFFIN JR.,   ADV PROC NO. 02.5130

  DEBTOR(S)   CHAPTER 7 PROC

LEVERT K. GRIFFIN,   Hon Jurist MARILYN SHEA-STONUM

  PLAINTIFF,

  .v.   **NOTICE TO THE COURT**

LEVELL GRIFFIN JR., ET AL.,   **of GREAT IMPORTANCE**

  DEFENDANTS   **AND INTEREST TO THE PUBLIC**

NOTICE TO THE COURT OF GREAT IMPORTANCE AND INTEREST. YOUR HONOR IN THE RULING AT PRE-TRIAL, i.e. TO THE PUBLIC. AT TRIAL TO STOP THIS GREAT STATE OF OHIO PROSECUTOR'S FROM WHAT THEY ARE DOING AND HAVE DONE IN THE PAST. YOU HAVE REMEDIAL JURISDICTION. EXHIBITS OF LEVERT PLAINTIFF SHOULD BE OFFERED, i.e., A. B. C. D. E. F. G. H. I. J. K. L. M. WITH PROOF OF SERVICE TO ALL INTERESTED PARTIES. QUTO MOVERE ET SUB NOM.

   IT IS SO PRAYED

                                    RESPECTFULLY YOURS SUBMITTED,
SEP 30.2002           I AM CO-COUNSEL Levert K. Griffin #433.089

SPECIAL IMPORTANT INSTRUCTIONS TO JURY; REDIRECT LORCI
TO EXHIBIT. F. I. J. K., INTER ALIA.,      2075 S. AVON BELDEN RD.
                                            GRAFTON, OH 44044

CC/ATTY OF RECORD LAWRENCE SMITH, ESQ., 209 S. MAIN ST.,
                                            AKRON, OH 44308