October 5, 2002

Judge Marilyn Shea-Stonum
Federal Courthouse Bld.,
2 South Main Street
Akron, Ohio 44308

Re: Griffin v. Griffin, Jr., et al.,
Chapter 13 no. 99.53038
Chapter 7 adv. no. 02.5130

Subject: Request your office correct the errors page (3) item #2 of order

Dear Mrs. Shea-Stonum, Ma Dear

First let us bow are heads in prayer. May Allah grant you all things in heaven here on earth this planet. The wisdom and all things associated therein here today. As above case numbers this letter were to advise your office at home that Levert K. Griffin inst #433.089, 2075 S. Belden Rd., Grafton, Oh 44044 had no control over the U.S. Government Mail, that was placed in the mail box here at the Reception Center. Which left their post office, for Grafton, Ohio's post office. Levert mailed your court two (2) Notice's on Aug 24.02 and Sep 3.02 which was filed Sep 6.02. Levert filed in Geri M. Smith a Praecipe Aug 24.02 and in error she sent Levert the wrong two (2) case numbers. Review its praecipe and you'll find that there ways no way of knowing any case numbers nor any attorneys addresses. We left that up to you to do so. Please correct your order

41

FILED 2002 OCT -9 PM 4:16 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

COPY

02-05130-mss    Doc 41    FILED 10/09/02    ENTERED 10/09/02 16:21:42    Page 1 of 5

Judge Shea. Stonum   PG(2) letter Cont    c13    c7
                                          re.99.53038.02.5130

of Sep 26.02, properly.

Let me thank you in advance.

very truly yours

Levert K. Griffin #433.089
Lorain Corr. Inst
2075 S. Avon Belden Rd.,
Grafton, Oh 44044

cc/Reply Speed Letter/Return Receipt Requested

October 5, 2002

Clerk Geri M. Smith, esq.,
Federal Courthouse
2 S. Main St.
Akron, Oh 44308

Re: chapter 13 No. 99.53038
chapter 7 Adv. No. 02.5130

Letter No. 3

FILED
2002 OCT -9 PM 4:1
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Subject: Request your office hand deliver the enclosed letter For the Judges Eyes Only to be filed in her office with Return Receipt Requested.

Greetings Clerks: Let Me thank you all in advance.

Dear Mrs. Smith,
As above please assure us the letter is received in the Judges Chambers for proper process.

Looking forward toward hearing from you soon.

Thank You

Very Truly Yours,
Levert K. Griffin #433.089
LORCI
Grafton, Oh 44044



Everett K. Baggin #473089
LORCI
2075 S. Avon Beldon Rd.,
Grafton, OH 44044

If not rec'd in (5) days from post mark date RETURN TO SENDER
OCT 5 2002 AC O.H. (COST PAID ABANDONED)
FOR PRIVATE USE

Judge Marilyn Shea Stonum
Federal Courthouse Bld.,
2 South Main St.
Akron, OH 44308

POST MASTER GENERAL;
COPY; LETTER NO. ONE
TO ADDRESSEE!

02-05130-mss    Doc 41    FILED 10/09/02    ENTERED 10/09/02 16:21:42    Page 4 of 5

You know your under oath

Your Honor