Case No: 05-8020

adv-02-5130

## BANKRUPTCY APPELLATE PANEL
## OF THE SIXTH CIRCUIT

ORDER

In re: LEVELL GRIFFIN, JR.

    Debtor

-------------------------

LEVERT K. GRIFFIN

    Plaintiff - Appellant

v.

LEVELL GRIFFIN, JR.; KEY BANK

    Defendants - Appellees

FILED

JUN 3 0 2005

LEONARD GREEN, Clerk

99-53038

The appellant has failed to comply with the Federal Rules of Bankruptcy Procedure and/or the Local Rules for the Bankruptcy Appellate Panel for the Sixth Circuit by:

    Failure to file the designation of record and the statement of issues

The appellant is hereby notified that this appeal will be dismissed for non-prosecution unless the above described default is remedied within fifteen days of the entry of this order. 6th Cir.BAP LBR 8070-1(a).

ENTERED PURSUANT TO
6th Cir. BAP LBR 8011-2(a)
Leonard Green, Clerk

*Leonard Green /s/*

Ms. Joyce Garner